**David C. ROBACKER, Petitioner,**

**v.**

**DEPARTMENT OF AGRICULTURE, Respondent.**

**No. 2009–3289.**

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 24, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before February 12, 2010.